Bernard J. Casey (SBN 226347)
Kirsten J. Daru (SBN 215346)
Jennifer J. Brady (SBN 233440)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    415.543.8700
Facsimile:    415.391.8269

Attorneys for Plaintiff
LAZARIS ITALO FULLER

James V. Fitzgerald, III (SBN 55632)
Noah G. Blechman (SBN 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone:    925.939.5330
Facsimile:    925.939.0203

Attorneys for Defendants
CITY OF RICHMOND, OFFICER
CANTRELL, OFFICER R. THOMAS,
OFFICER POMEROY, OFFICER MOODY,
AND OFFICER FUNK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARIS ITALO FULLER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF RICHMOND, OFFICER CANTRELL, OFFICER R. THOMAS, OFFICER POMEROY, OFFICER MOODY, and OFFICER FUNK,<br><br>    Defendants. | No.: C-03-5616 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF SETTLEMENT CONFERENCE**<br><br>United States Magistrate Judge Joseph C. Spero |

Plaintiff Lazaris Italo Fuller ("Fuller"), and defendants City of Richmond, Officer Cantrell, Officer R. Thomas, Officer Pomeroy, Officer Moody and Officer Funk ("Defendants"), through their respective attorneys of record in this action agree and stipulate as follows:

WHEREAS, there is currently a Settlement Conference scheduled on May 3, 2006 at 9:30 a.m. in Courtroom A before the Honorable Magistrate Judge Joseph C. Spero; and

WHEREAS, the deadline for the parties to lodge their settlement conference statements is currently April 19, 2006; and

WHEREAS, Defendants anticipate responding to Fuller's outstanding discovery requests on or before April 28, 2006; and

WHEREAS, the parties believe that a full review of Defendant's discovery responses and accompanying documents will assist in their settlement efforts.

THEREFORE, the parties stipulate, through their counsel of record, to the following:

(1) The settlement conference currently scheduled on May 3, 2006 at 9:30 a.m. shall be continued until <u>May 23, 2006 at 9:30 a.m. in Courtroom A</u> of the above-captioned Court.

(2) The parties' deadline for lodging settlement conference statements will also be continued from April 19, 2006 until May 9, 2006, and any other orders per the Court's settlement conference order of February 6, 2006, shall be in conformity with this new settlement conference date.

IT IS SO STIPULATED.

DATED: April 14, 2006

                                        REED SMITH LLP

                                        By  /s/
                                              Bernard J. Casey, Esq.
                                              Kirsten J. Daru, Esq.
                                              Attorneys for Plaintiff
                                              LAZARIS ITALO FULLER

| | |
|---|---|
| DATED: April 14, 2006 | MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER & BORGES LLP |

By: /s/
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
CITY OF RICHMOND, OFFICER CANTRELL, OFFICER R. THOMAS, OFFICER POMEROY, OFFICER MOODY, AND OFFICER FUNK

ORDER

Pursuant to the Stipulation of the parties hereto, and good cause appearing, the Court hereby Orders as follows:

IT IS HEREBY ORDERED that the Settlement Conference currently scheduled on May 3, 2006 in the above-captioned case is continued to <u>May 23, 2006, at 9:30 a.m. in Courtroom A</u> of the above-referenced Court.

IT IS FURTHER ORDERED that the parties' deadline to lodge settlement conference statements is also continued from April 19, 2006 to May 9, 2006, and any other orders per the Court's settlement conference order of February 6, 2006, shall be in conformity with this new settlement conference date.

IT IS SO ORDERED.

Dated: April 17, 2006

/s/ JCS
_____
Judge Joseph C. Spero
United States Magistrate Judge

[Stamp: IT IS SO ORDERED — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]