UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARIS ITALO FULLER,<br><br>        Plaintiff(s),<br><br>  v.<br><br>CITY OF RICHMOND, ET AL.,<br><br>        Defendant(s).<br>_____/ | No. C-03-5616 MMC (JCS)<br><br>**ORDER RE TELEPHONIC APPEARANCE OF INMATE AT SETTLEMENT CONFERENCE** |

TO ALL PARTIES, COUNSEL OF RECORD, AND PRISON PERSONNEL:

    The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

    A Settlement Conference has been scheduled for **May 23, 2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

    Plaintiff, Lazaris Italo Fuller, is currently incarcerated at the San Quentin State Correctional Facility in San Quentin, California. In order for the above-referenced conference to take place, the Court and counsel for Plaintiff must be able to confer with Plaintiff on May 23, 2006, beginning at 9:30 a.m. and continuing for the duration of the Settlement Conference. **The Court therefore ORDERS that Mr. Fuller be made available by telephone for the Settlement Conference beginning at 9:30 a.m. and continuing for the duration of the conference.**

    IT IS SO ORDERED.

Dated: May 10, 2006

                                                            _____<br>
                                                            JOSEPH C. SPERO<br>
                                                             United States Magistrate Judge