1  Bernard J. Casey (SBN 226347)
   Kirsten J. Daru (SBN 215346)
2  Jennifer J. Brady (SBN 233440)
   REED SMITH LLP
3  Two Embarcadero Center, Suite 2000
   San Francisco, CA  94111-3922
4
   **Mailing Address:**
5  P.O. Box 7936
   San Francisco, CA  94120-7936
6
7  Telephone:    415.543.8700
   Facsimile:    415.391.8269
8
   Attorneys for Plaintiff
9  LAZARIS ITALO FULLER

10 James V. Fitzgerald, III (SBN 55632)
   Noah G. Blechman (SBN 197167)
11 MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
   PFALZER, BORGES & BROTHERS LLP
12 1211 Newell Avenue
   Post Office Box 5288
13 Walnut Creek, CA 94596
   Telephone:    925.939.5330
14 Facsimile:    925.939.0203

15 Attorneys for Defendants
   CITY OF RICHMOND, OFFICER
16 CANTRELL, OFFICER R. THOMAS,
   OFFICER POMEROY, OFFICER MOODY,
17 AND OFFICER FUNK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARIS ITALO FULLER,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF RICHMOND, OFFICER CANTRELL, OFFICER R. THOMAS, OFFICER POMEROY, OFFICER MOODY, and OFFICER FUNK,<br><br>    Defendants. | No.: C-03-5616 MMC<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION CONTINUING EXPERT DISCOVERY CUT OFF AND DISPOSITIVE MOTION DEADLINE**<br><br><br>Honorable Maxine Chesney |

Plaintiff Lazaris Italo Fuller ("Fuller"), and defendants City of Richmond, Officer Cantrell, Officer R. Thomas, Officer Pomeroy, Officer Moody and Officer Funk ("Defendants"), through their respective attorneys of record in this action agree and stipulate as follows:

WHEREAS, the expert discovery cut off in the above captioned case is currently October 27, 2006; and

WHEREAS, the deadline for the parties to file dispositive motions is currently November 9, 2006; and

WHEREAS, plaintiffs' counsel need a brief extension of both of the foregoing dates to accommodate their schedules.

THEREFORE, the parties stipulate, through their counsel of record, to the following:

(1) The expert discovery cut off currently scheduled for October 27, 2006 shall be continued until November 15, 2006; and

(2) The parties' deadline for filing dispositive motions shall be continued from November 9, 2006 to November 29, 2006.

IT IS SO STIPULATED.

DATED: October 5, 2006

        REED SMITH LLP

        By     /s/
        Bernard J. Casey, Esq.
        Kirsten J. Daru, Esq.
        Attorneys for Plaintiff
        LAZARIS ITALO FULLER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

DATED: October 5, 2006                    McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer & Borges LLP

By:  ___/s/_____
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
CITY OF RICHMOND, OFFICER CANTRELL, OFFICER R. THOMAS, OFFICER POMEROY, OFFICER MOODY, AND OFFICER FUNK

ORDER

~~Pursuant to the Stipulation of the parties hereto, and good cause appearing, the Court hereby Orders as follows:~~

~~IT IS HEREBY ORDERED that the expert discovery cut off currently scheduled for October 27, 2006 shall be continued until November 15, 2006; and~~

~~IT IS FURTHER ORDERED that the parties' deadline for filing dispositive motions shall be continued from November 9, 2006 to November 29, 2006.~~

The parties having made no showing as to good cause for the requested extensions, the foregoing stipulation is hereby DENIED without prejudice.

IT IS SO ORDERED.

Dated: October 6, 2006

_____
MAXINE CHESNEY
United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware