1  Bernard J. Casey (SBN 226347)
   Kirsten J. Daru (SBN 215346)
2  Jennifer J. Brady (SBN 233440)
   REED SMITH LLP
3  Two Embarcadero Center, Suite 2000
   San Francisco, CA  94111-3922
4
   **Mailing Address:**
5  P.O. Box 7936
   San Francisco, CA  94120-7936
6
   Telephone:    415.543.8700
7  Facsimile:    415.391.8269

8  Attorneys for Plaintiff
   Lazaris Italo Fuller
9
                     UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11

| LAZARIS ITALO FULLER, | No.: C-03-5616 MMC |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANT OFFICER FUNK WITHOUT PREJUDICE; ORDER** |
| vs. | |
| CITY OF RICHMOND, OFFICER CANTRELL, OFFICER R. THOMAS, OFFICER POMEROY, OFFICER MOODY, and OFFICER FUNK, | |
| Defendants. | Honorable Maxine M. Chesney |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, that pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendant OFFICER FUNK is dismissed from this action without prejudice.

IT IS SO STIPULATED.

DATED: October 11, 2006

REED SMITH, LLP

By  /s/
      Bernard J. Casey
      Kirsten J. Daru
      Jennifer J. Brady
      Attorneys for Plaintiff Lazaris I. Fuller

DATED: October 11, 2006

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER & BORGES LLP

By:  /s/
      James V. Fitzgerald, III
      Noah G. Blechman
      Attorneys for Defendants
      CITY OF RICHMOND, OFFICER CANTRELL,
      OFFICER R. THOMAS, OFFICER POMEROY,
      OFFICER MOODY, AND OFFICER FUNK

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: October 17, 2006

_____
Maxine M. Chesney
United States District Court Judge

No.: C-03-5616 MMC                                            - 2 -
STIPULATION FOR DISMISSAL OF DEFENDANT OFFICER FUNK
WITHOUT PREJUDICE; [PROPOSED] ORDER