Bernard J. Casey (SBN 226347)
Kirsten J. Daru (SBN 215346)
Jennifer J. Brady (SBN 233440)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   415.543.8700
Facsimile:   415.391.8269

Attorneys for Plaintiff
LAZARIS ITALO FULLER

James V. Fitzgerald, III (SBN 55632)
Noah G. Blechman (SBN 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone:   925.939.5330
Facsimile:   925.939.0203

Attorneys for Defendants
CITY OF RICHMOND, OFFICER
CANTRELL, OFFICER R. THOMAS,
OFFICER POMEROY, OFFICER MOODY,
AND OFFICER FUNK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARIS ITALO FULLER,<br><br>              Plaintiff,<br><br>     vs.<br><br>CITY OF RICHMOND, OFFICER CANTRELL, OFFICER R. THOMAS, OFFICER POMEROY, OFFICER MOODY, and OFFICER FUNK,<br><br>              Defendants. | No.: C-03-5616 MMC<br><br>**STIPULATION AND ORDER CONTINUING DATE EXPERT DISCOVERY CUT OFF AND DISPOSITIVE MOTION DEADLINE**<br><br>Honorable Maxine Chesney |

1  Plaintiff Lazaris Italo Fuller ("Fuller"), and defendants City of Richmond, Officer Cantrell,
2  Officer R. Thomas, Officer Pomeroy, Officer Moody and Officer Funk ("Defendants"), through their
3  respective attorneys of record in this action agree and stipulate as follows:
4  WHEREAS, the expert discovery cut off in the above captioned case is currently October 27,
5  2006; and
6  WHEREAS, the deadline for the parties to file dispositive motions is currently November 9,
7  2006; and
8  WHEREAS, lead trial counsel for plaintiff, Bernard Casey, will be in Washington D.C. on
9  business from October 9, 2006 through October 16, 2006; and
10  WHEREAS, lead trial counsel for plaintiff, Bernard Casey, will be in Guantanamo Bay with
11  clients through October 21, 2006, and will not return to the office until October 23, 2006; and
12  WHEREAS, trial counsel for plaintiff, Kirsten Daru, will be in New Jersey from October 23,
13  2006 through October 28, 2006 in an NASD Arbitration;
14  WHEREAS, lead trial counsel for Defendants, James V. Fitzgerald, III, will be on vacation
15  out of the continental U.S. from November 6th through 10th; and
16  WHEREAS, plaintiff has disclosed three experts in this matter, and defendants have also
17  disclosed three experts in this matter; and
18  WHEREAS, given the foregoing, plaintiff cannot adequately and reasonably complete expert
19  discovery with respect to the six experts in this case under the current timeframe; and
20  WHEREAS, the parties have agreed to a brief extension of both the expert discovery cutoff
21  date as well as the parties' deadline to file dispositive motions; and
22  WHEREAS, the extension agreed upon by the parties will not disrupt or otherwise affect the
23  trial date in this case.  Indeed, under the proposed schedule, trial in this matter can proceed as
24  planned on February 12, 2006.
25  THEREFORE, the parties stipulate, through their counsel of record, to the following:
26  (1)  The expert discovery cut off currently scheduled for October 27, 2006 shall be
27  continued until November 22, 2006; and
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

(2) The parties' deadline for filing dispositive motions shall be continued from November 9, 2006 to December 6, 2006.

IT IS SO STIPULATED.

DATED: October 11, 2006

        REED SMITH LLP

By   /s/
Bernard J. Casey, Esq.
Kirsten J. Daru, Esq.
Attorneys for Plaintiff
LAZARIS ITALO FULLER

DATED: October 11, 2006     MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER & BORGES LLP

By:   /s/
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
CITY OF RICHMOND, OFFICER CANTRELL, OFFICER R. THOMAS, OFFICER POMEROY, OFFICER MOODY, AND OFFICER FUNK

### ORDER

Pursuant to the Stipulation of the parties hereto, and good cause appearing, the Court hereby Orders as follows:

IT IS HEREBY ORDERED that the expert discovery cut off currently scheduled for October 27, 2006 shall be continued until November 22, 2006; and

IT IS FURTHER ORDERED that the parties' deadline for filing dispositive motions shall be continued from November 9, 2006 to December 1, 2006, not December 6, 2006 as requested.

IT IS SO ORDERED.

Dated: October 17, 2006

_____
MAXINE CHESNEY
United States District Court Judge