JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendant
CITY OF RICHMOND, OFFICER CANTRELL, OFFICER R. THOMAS, OFFICER POMEROY, OFFICER MOODY, and OFFICER FUNK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARIS ITALO FULLER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF RICHMOND, OFFICER CANTRELL, OFFICER R. THOMAS, OFFICER POMEROY, OFFICER MOODY, and OFFICER FUNK,<br><br>Defendants. | Case No. C03-5616 MMC<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY, OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO PROPOUND MORE INTERROGATORIES**<br><br>Date: October 24, 2006<br>Time: 9:00 A.M.<br>Dept: Courtroom E, 15th Floor<br>Judge: Mag. Judge Elizabeth Laporte<br><br>Compl. Filed: December 16, 2003<br>Trial Date: February 12, 2007<br>Disc. Cut-Off: September 1, 2006<br><br>Judge: Honorable Maxine M. Chesney |

After full consideration of the moving papers and supporting documents, the opposition and opposing arguments, the reply arguments, and good cause having been shown, the Court finds that Defendants' Motion to Compel Further Responses from Plaintiff is hereby GRANTED IN PART, as indicated below.

ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff needs to respond to Defendants Request for Special Interrogatory No. 20, as it relates to Requests for Admissions, Set

1  Two, requests One through Two only, as to all Defendants, by no later than 4:00 p.m. on October
2  31, 2006. Service of such responses on all parties shall be made by facsimile and mail at that
3  time.

5    IT IS SO ORDERED.

7    Dated: October 25, 2006            _____
8                                       Hon. Elizabeth D. Laporte

11   Approved as to form.

13     ____/s/ Jennifer Brady_____
       Jennifer Brady, Esq.
14     Attorney for Plaintiffs

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP
ATTORNEYS AT LAW
P.O. BOX 5288, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330