United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAZARIS ITALO FULLER,<br><br>      Plaintiff(s),<br><br>  v.<br><br>CITY OF RICHMOND, ET AL.,<br><br>      Defendant(s).<br>_____/ | No. C-03-5616 MMC (JCS)<br><br>**ORDER RE TELEPHONIC APPEARANCE OF INMATE AT FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES, COUNSEL OF RECORD, AND PRISON PERSONNEL:

The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

A Further Settlement Conference is scheduled for **November 30, 2006, at 10:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff, Lazaris Italo Fuller, is currently incarcerated at the Folsom State Prison in Represa, California. In order for the above-referenced conference to take place, the Court and counsel for Plaintiff must be able to confer with Plaintiff on November 30, 2006, beginning at 10:30 a.m. and continuing for the duration of the Settlement Conference. **The Court therefore ORDERS that Mr. Fuller be made available by telephone for the Settlement Conference beginning at 10:30 a.m. and continuing for the duration of the conference.**

IT IS SO ORDERED.

Dated: November 14, 2006

                                                                              _____
                                                                              JOSEPH C. SPERO
                                                                              United States Magistrate Judge