# McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers LLP

ATTORNEYS AT LAW

MICHAEL J. NEY
THOMAS G. BEATTY
ROBERT M. SLATTERY
THOMAS E. PFALZER
GUY D. BORGES
ROGER J. BROTHERS
GARY R. JOHNSON
JAMES V. FITZGERALD, III
MARTIN J. AMBACHER
ROBERT W. HODGES
J. WESLEY SMITH
PAUL B. WALSH
ANN H. LARSON
R. DEWEY WHEELER
ROBERT W. LAMSON
RICARDO A. MARTINEZ

DIANNE KREMEN COLVILLE
LISA R. ROBERTS
DENISE BILLUPS-SLONE
J. LUCIAN DODSON III
JAMES E. ALLEN
ERIC G. LUNDBERG
SETH J. SCHWARTZ
DENISE J. SERRA
MARK A. GOODMAN
WILMA J. GRAY
HOWARD PATRICK SWEENEY
PETER J. HIRSIG
RICHARD G. ARNEAL
PATRICK L. MOORE
RICHARD M. McNEELY

JENIFER K. LEECE
LISA M. U'REN
BARBARA L. MILLER
CATHLEEN A. IRWIN
JENNIFER A. PHILLIPS
SUZANNE FOLEY SPRAGUE
SHARON A. GARSKE
NOAH G. BLECHMAN
KIRK NEUNER
MILOSLAV KHADILKAR
J. SCOTT ISHERWOOD
LYN D. TADLOCK
PETER W. SEKELICK
JEANNE C. SHIH
TONYA R. DRAEGER
HENRY WILLIAMS III
JEFFREY R. TOWNSEND

BRIAN D. HORWITZ
CARRIE E. CROXALL
LETICIA GONZALEZ
SHANNON B. TIERNEY
ROBERT K. MEYER
AARON M. SCOLARI
SHAWN F. HARDING
DEBORAH M. D. GUSTAFSON
PETRA BRUGGISSER
CHRISTOPHER N. ODNE
NOLAN S. ARMSTRONG
MARK P. IEZZA
BARTON J. CERIONI
KARIN L. LANDRY
DAVID V. PIPAL
RYAN J. BARNCASTLE

1211 NEWELL AVENUE
WALNUT CREEK, CA 94596-5331

**PLEASE RESPOND TO:**
P.O. BOX 5288
WALNUT CREEK, CA 94596

TELEPHONE: (925) 939-5330
FACSIMILE: (925) 939-0203

www.mcnamaralaw.com

SOLANO COUNTY OFFICE
639 KENTUCKY STREET, FIRST FLOOR
FAIRFIELD, CA 94533-5530
TELEPHONE: (707) 427-3998
FACSIMILE: (707) 427-0268

SAN JOAQUIN COUNTY OFFICE
68 EAST 11TH STREET, SUITE 108
TRACY, CA 95376
TELEPHONE: (877) 839-5330
FACSIMILE: (209) 839-6758

PARTNERS EMERITUS
DANIEL J. McNAMARA
DOUGLAS C. McCLURE

RICHARD E. DODGE
(1941 – 2000)

OF COUNSEL
WILLIAM K. HOUSTON, JR.
GEORGE D. McLEMORE
ANTHONY J. DeMARIA
GARY A. WATT

November 20, 2006

James V. Fitzgerald, III
james.fitzgerald@mcnamaralaw.com

Honorable Joseph C. Spero
United States District Court, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: **Fuller v. City of Richmond**
    **Case No. C-03-5616 MMC (JCS)**

Dear Magistrate Judge Spero:

We are writing to formally request that your excuse our four police officer Defendants from their personal attendance at the upcoming November 30th settlement conference. You will recall that all five Defendant officers (one has since been dismissed) personally attended the last settlement conference with you on May 23rd and you had the opportunity to interact with them.

However, due to staffing issues at the City of Richmond, having these four officers personally attend the upcoming settlement conference would put an undue hardship on the officers and the City. None of them have anything to do with settlement authority. Further, Plaintiff's counsel does not have an objection to their attendance via telephone standby. As such, we request that your excuse these officers from a personal appearance on November 30th and allow them to participate in the conference via telephone standby. As you are also probably aware, Mr. Fuller will be participating only via telephone standby due to his incarceration in state prison.

Should you have any questions, please do not hesitate to contact the undersigned, or Noah G. Blechman, the associate assisting on this matter.

Hon. Joseph C. Spero
November 20, 2006
Page 2

Re:     Fuller v. City of Richmond

                                        Very truly yours,

                                        /s/

                                        James V. Fitzgerald, III

JVF:ngb

cc:     Kirsten Daru, Esq.

Dated:  November 20, 2006



GRANTED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA