1  Kirsten J. Daru (SBN 215346)
   Jennifer J. Brady (SBN 233440)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA  94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA  94120-7936

6  Telephone:    415.543.8700
   Facsimile:    415.391.8269
7
   Attorneys for Plaintiff
8  Lazaris Italo Fuller

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 | LAZARIS ITALO FULLER,                          | No.: C-03-5616 MMC |
12 |              Plaintiff,                        | **STIPULATION FOR DISMISSAL OF ACTION BETWEEN PLAINTIFF LAZARIS FULLER AND DEFENDANTS WITH PREJUDICE; ORDER** |
13 |     vs.                                        | |
14 | CITY OF RICHMOND, OFFICER CANTRELL, OFFICER R. THOMAS, OFFICER POMEROY, OFFICER MOODY, and OFFICER FUNK, | |
15 |                                                | |
16 |              Defendants.                       | Honorable Maxine M. Chesney |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, that the above-captioned action between Plaintiff LAZARIS ITALO FULLER against Defendants CITY OF RICHMOND, OFFICER CANTRELL, OFFICER R. THOMAS, OFFICER POMEROY, OFFICER MOODY and OFFICER FUNK be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO STIPULATED.

DATED:  January 29, 2007.

REED SMITH, LLP

By  /s/
   Kirsten J. Daru
   Jennifer J. Brady
   Attorneys for Plaintiff Lazaris I. Fuller

DATED:  January 25, 2007.

MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER & BORGES LLP

By:  /s/
   James V. Fitzgerald, III
   Noah G. Blechman
   Attorneys for Defendants
   CITY OF RICHMOND, OFFICER CANTRELL,
   OFFICER R. THOMAS, OFFICER POMEROY,
   OFFICER MOODY, AND OFFICER FUNK

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: February 12, 2007

_Maxine M. Chesney_
Maxine M. Chesney
United States District Court Judge