AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN                District of                CALIFORNIA

LAZARIS ITALO FULLER

                Plaintiff (s),

V.

CITY OF RICHMOND, et al.,

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C03-5616 MMC

Notice is hereby given that, subject to approval by the court, __Lazaris Italo Fuller__ substitutes
(Party (s) Name)

__DAVID J. BRIGGS__ , State Bar No. __99384__ as counsel of record in
(Name of New Attorney)

place of __REED, SMITH LLP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        DAVID J. BRIGGS
    Address:          910 COURT STREET, MARTINEZ, CA  94553
    Telephone:        (925) 957-0900                    Facsimile  (925) 229-5287
    E-Mail (Optional): David@attorneybriggs.com

I consent to the above substitution.
Date:    3/19/2014

(Signature of Party (s))

I consent to being substituted.
Date:

(Signature of Former Attorney (s))

I consent to the above substitution.
Date:    3/19/2014

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  March 26, 2014

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]